PD1396-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/20/2015 8:00:45 AM
Accepted 5/22/2015 9:35:53 AM
ABEL ACOSTA
CLERK

LAW OFFICES

### GOLDSTEIN, GOLDSTEIN AND HILLEY

310 S. ST. MARY'S STREET, SUITE 2900

SAN ANTONIO, TEXAS 78205-3117

ELI GOLDSTEIN
  (1910-1998)
GERALD H. GOLDSTEIN
  LICENSED IN TEXAS AND COLORADO
VAN G. H1LLEY
CYNTH IA HU.JAR OR R
DONALD H. FLANAR Y, 111

AREA CODE 2 IO
TELEPHONE 226-1463

AREA CODE 210
FACSIM ILE 226-8367

May 20, 2015

Court of Criminal Appeals
Attn: Abel Acosta, Clerk of the Court
Supreme Court Building
201 West 14th Street, Room 106
Austin. Texas 78701

> **RE:** *Jon Thomas Ford vs. State of Texas,* Cause No. PD-1396-14 in the Court of Criminal Appeals, Austin, Texas.

Dear Mr. Acosta,

Undersigned counsel for Jon Thomas Ford, Appellant, respectfully notifies the judges of this Honorable Court that she will bring one (1) additional case to their attention at oral argument set on May 20, 2015, in regard to the above entitled and numbered cause.

The one (1) case is as follows:

> *Grady v. North Carolina,* _U.S._, 135 S. Ct. 1368,_L Ed._ (March 30, 2015).

Thank you for your attention to this matter. Please do not hesitate to contact my office if you have any questions.

Sincerely,

*/s/ Cynthia E. Orr*

Cynthia E. Orr
  Goldstein, Goldstein & Hilley

cc: ADA Jay Brandon